**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-50367 |
| Plaintiff - Appellee, | D.C. No. 3:09-cr-01330-JLS-1 |
| v. | |
| JOSE ESCOBAR-GAMEZ, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Janis L. Sammartino, District Judge, Presiding

Submitted December 19, 2011[**]

Before: GOODWIN, WALLACE, and McKEOWN, Circuit Judges.

Jose Escobar-Gamez appeals from his conviction and sentence for reentry of

removed alien under 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C.

§ 1291 and 18 U.S.C. § 3742, and we dismiss the appeal.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

We review de novo whether an appellant has waived his right to appeal. *United States v. Smith*, 389 F.3d 944, 953 (9th Cir. 2004) (per curiam). The terms of the appeal waiver in Escobar-Gamez's plea agreement clearly encompass this appeal from his conviction and his sentence to the low end of the Sentencing Guidelines range. *See id.* The record also plainly shows that the waiver was knowing and voluntary. *See id.* We therefore dismiss this appeal. *See id.*

We decline to address Escobar-Gamez's claim of ineffective assistance of counsel on direct appeal. *See United States v. McKenna*, 327 F.3d 830, 845 (9th Cir. 2003).

**DISMISSED.**